No. 75–402.  HONEYCUTT *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 75–406.  WUNNICKE ET AL. *v.* UNITED STATES. C. A. 10th Cir  Certiorari denied.

No. 75–411.  BRANDENFELS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–416.  MOSKOWITZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–418.  FISHER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–427.  MARTIN ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–446.  STERN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 75–463.  DiGIRLOMO *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–484.  CHAMBER OF COMMERCE OF THE UNITED STATES *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 75–485.  CHAMBER OF COMMERCE OF THE UNITED STATES *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 75–540.  BOYLE ET AL. *v.* KLEPPE, SECRETARY OF THE INTERIOR.  C. A. 9th Cir.  Certiorari denied.